## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH BREZINSKI, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| v. | : : | NO. 20-cv-4939-JMY |
| WIDENER UNIVERSITY, | : | |

## <u>ORDER</u>

**AND NOW**, this 28rd day of January, 2022, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 1), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**Judge John Milton Younge**